UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Alexander Ortiz,

              Plaintiff,

-v-

City of New York Municipality, ADM, et al.,

              Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 0 8 2008

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**
08 Civ. 5954 (PAC)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ **General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement)**

_____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time Period of the referral:_____

_____ Settlement:

_____ Inquest After Default/damages Hearing

_____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

_____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

_____ Habeas Corpus

_____ Social Security

__X__ **Dispositive Motion (i.e. motion requiring a Report and Recommendation)**
Particular Motion:_____

==========================================================================

* Do not check if already referred for general pretrial

Dated: New York, New York
       July 8, 2008

SO ORDERED

_/s/ Paul A. Crotty_
PAUL A. CROTTY
United States District Judge

Copy Mailed To:

Alexander Ortiz
( # 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
Rikers Island/CMDC
15-15 Hazen Street
East Elmhurst, NY 11370

1